THE PEOPLE OF THE STATE OF NEW YORK, on the Information of Patrolman JOSEPH PECORARO, Respondent, v. DAVID GOLDBERG, Appellant.

County Court, Westchester County, April 27, 1934.

*Charles Rothenberg [Irving Libenson* and *Maxwell J. Richter* of counsel], for the appellant.

*William F. Horan, Assistant District Attorney,* for the respondent.

COONEY, J. Judgment of conviction of the Court of Special Sessions, City of Mount Vernon, reversed and information dismissed. It was not established beyond a reasonable doubt that defendant entered the building with the intent of committing larceny. The evidence of facts and circumstances in order to justify a conviction must all be consistent with and point not only to the guilt of defendant, but they must be inconsistent with his innocence. (*People* v. *Fitzgerald,* 156 N. Y. 253.) Defendant's presence in the premises was as inconsistent with his innocence as with his guilt.